IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JULIE LAFAYETTE,            ) | |
| )                           | |
| Plaintiff,      ) | Civil No. 08-6238 ST |
| ) | |
| v.                          ) | ORDER OF DISMISSAL |
| ) | |
| JEFFERSON COUNTY SCHOOL DISTRICT, ) | |
| et al,                      ) | |
| Defendants.     ) | |

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is dismissed with prejudice and without costs and with leave, upon good cause shown within 30 days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated.

Dated this 10th day of February, 2009.

                                          MARY MORAN, ACTING CLERK
                                          U.S. DISTRICT COURT,
                                          DISTRICT OF OREGON

                                          /s/Donna D. Ausbie
                                         By:  Donna D. Ausbie, Deputy Clerk

Page 1 - ORDER OF DISMISSAL